David J. Habib, Jr. – SBN 61377
Attorney at Law
2835 Townsgate Road
Suite 102
Westlake Village, CA 91361
  telephone: (805)494-7393
  facsimile: (805)379-0345
  email: davidh@habiblaw.com

Attorneys for Plaintiff,
FARSI IMPORT, LLC, aka
FARSI CAFÉ IMPORT, LLC

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| FARSI IMPORT, LLC, aka FARSI CAFÉ IMPORT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> CYRUS TRADING, LLC, a California limited liability company, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 8:17-cv-01752-DOC (KESx) <br> [Hon. David O. Carter] <br><br> ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE AND RETAINING JURISDICTION FOR PURPOSES OF ENFORCING SETTLEMENT [14] |

Having received and reviewed a "STIPULATION TO DISMISSAL PURSUANT TO FRCP RULE 41(a)(1) AND REQUEST FOR COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT", executed by and/or on behalf of the parties and filed by plaintiff herein, it is hereby ordered as follows:

1. Plaintiff's Complaint herein is dismissed, without prejudice.

2. This court shall retain jurisdiction of the instant action for the purpose of enforcing the parties Settlement Agreement.

IT IS SO ORDERED.

DATED: December 14, 2017

_David O. Carter_____
DAVID O. CARTER
U.S. DISTRICT JUDGE

1